Park & Tilford, Appellant, *v.* Realty Advertising and Supply Company, Respondent.

*Park & Tilford* v. *Realiy Advertising & Supply Co.*, 172 App. Div. 955, affirmed.

(Submitted January 10, 1919; decided January 28, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action in equity for the rescission of four written contracts upon the ground that they were procured by defendant by means of fraud and deceit practiced upon plaintiff. The complaint was dismissed upon the ground that plaintiff failed to establish fraud and upon the ground that the material evidence adduced by plaintiff was inadmissible as tending to contradict the terms of a written contract.

*Emil E. Fuchs, George Cohen* and *Charles O. Maas* for appellant.

*Walter H. Bond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Cuddeback, Cardozo, Pound and Andrews, JJ. Not sitting: McLaughlin, J